**FILED**
March 11, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>ARLENE-ANELA KEKO OLANI,<br><br>    Defendant. | Case No. 2:20-MJ-00018-KJN<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ARLENE-ANELA KEKO OLANI, Case No. 2:20-MJ-00018-KJN, Charge 21 USC §§ 846, 841(a)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ 50,000 (co-signed)

        ✔ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)   With Pretrial Release Supervision and Conditions of Release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on March 11, 2020 at 2:35 pm..

                                        By  /s/ Deborah Barnes
                                            Deborah Barnes
                                            United States Magistrate Judge